# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2674
Lower Tribunal No. 2020-CF-004796

_____

KOYA WEST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Wayne M. Durden, Judge.

May 12, 2026

PER CURIAM.

AFFIRMED.

MIZE, BROWNLEE and PRATT, JJ., concur.


Thomas J. Butler, of Thomas Butler, P.A., Miami Beach, and Ita M. Neymotin, Regional Counsel, and Clay W. Oberhausen, Assistant Regional Counsel, of Office of Criminal Conflict and Civil Regional Counsel, Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Manager II Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED